REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
SEAN N. PAYNE, ESQ.
Nevada Bar No. 13216
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com

SU-LYN COMBS, ESQ.
Nevada Bar No. 17058
TUCKER ELLIS, LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071
Phone (213) 430-3400
Fax (213) 430-3409
su-lyn.combs@tuckerellis.com

*Attorneys for Defendant*
*OTIS ELEVATOR COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YANNETH NUNEZ, individually, | Case No. 2:25-cv-01025-CDS-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER** |
| v. | |
| OTIS WORLDWIDE CORPORATION, d/b/a OTIS ELEVATOR COMPANY, a foreign corporation; DOES I-X, inclusive; ROE CORPORATIONS XI-XX, inclusive. | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff YANNETH NUNEZ, by and through her attorneys of record, the law firm ED BERNSTEIN INJURY LAWYERS, and Defendant Otis Elevator Company by and through its counsel of record, the law firms ROGERS, MASTRANGELO, CARVALHO, AND MITCHELL and TUCKER ELLIS, LLP, and hereby request the discovery deadlines in the previously filed Amended Stipulated Discovery Plan and Scheduling Order dated September 24, 2025 [ECF 15] be extended sixty (60) days, pursuant to FRCP 29 and LR 26.4, as follows:

## I. DISCOVERY COMPLETED TO DATE

- The parties have conducted a FRCP 26(f) conference;
- The parties have served their respective FRCP 26(a) disclosures;
- Plaintiff has responded to Defendant's Requests for Production and one set of Interrogatories;
- Plaintiff provided authorizations and Defendant is collecting medical records;
- Defendant served a Subpoena Duces Tecum on The Cosmopolitan of Las Vegas and obtained documents and video surveillance.

## II. DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

Discovery to be completed include:

- The parties have scheduled an IME and Plaintiff's deposition on January 21, 2026;
- Obtain Plaintiff's relevant medical provider records from numerous medical providers;
- Coordinate and schedule a site inspection of the Subject Elevator;
- Depositions of numerous expert witnesses and rebuttal expert witnesses;
- Depositions of Plaintiff's treating physicians; and
- Additional written discovery and depositions as necessary.

The parties agree, pursuant to Local Rule 6-1, that good cause exists for the requested extension. Plaintiff Yanneth Nunez alleges injuries and other related damages as a result of an alleged stuck elevator and drop on April 16, 2023 at The Cosmopolitan of Las Vegas. The parties have been working diligently to complete discovery in this matter but are still in the process of collecting medical records and documents from third parties. Plaintiff has a pending Worker's Compensation claim, and may require surgery, which is making it difficult to determine her disability rating, if any, and the scope of ongoing and future treatment. The parties are also unable to meaningfully engage in settlement discussions until there is a final lien amount for Plaintiff's Worker's Compensation claim. A brief extension in the current discovery plan would assist in ensuring a comprehensive and equitable discovery process.

///

///

### III. PROPOSED PLAN FOR COMPLETING DISCOVERY

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Expert Disclosure | **December 15, 2025** | **February 17, 2026** |
| Rebuttal Expert Disclosures | **January 14, 2026** | **March 17, 2026** |
| Discovery Cut-Off Date | **February 11, 2026** | **April 10, 2026** |
| Dispositive Motions | **March 13, 2026** | **May 13, 2026** |
| Joint Pre-Trial Order, if No Dispositive Motions | **April 13, 2026** | **June 12, 2026** |

### IV. THE CURRENT TRIAL DATE

This matter has not been scheduled for trial.

### V. NUMBER OF REQUESTS FOR EXTENSION

This is the second request to extend discovery deadlines. The parties filed a Joint Discovery Plan and Scheduling Order on July 24, 2025. [ECF 11]. On September 23, 2025, the parties were ordered to file a Stipulated Discovery Plan and Scheduling Order [ECF 12], which included extended deadlines proposed in the parties Stipulation for Extension of Time. [ECF 11]. The order granting the parties Amended Stipulated Discovery Plan and Scheduling Order, including extended deadlines, was entered on September 24, 2025 [ECF 15].

DATED: November 24, 2025

Attorneys for Defendant
OTIS ELEVATOR COMPANY

ED BERNSTEIN INJURY LAWYERS

By: /s/ *Brian Lunt*
Brian E. Lunt, Esq.
Nevada Bar No. 11189
10801 W. Charleston Blvd., Suite 520
Las Vegas, Nevada 89135

TUCKER ELLIS LLP

By:   */s/   Su-Lyn Combs*
Su-Lyn Combs
Nevada Bar No. 17058
TUCKER ELLIS, LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071

IT IS SO ORDERED this 24th day of November, 2025.

_____
ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE