REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
SEAN N. PAYNE, ESQ.
Nevada Bar No. 13216
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
spayne@rmcmlaw.com

SU-LYN COMBS, ESQ.
Nevada Bar No. 17058
TUCKER ELLIS, LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071
Phone (213) 430-3400
Fax (213) 430-3409
su-lyn.combs@tuckerellis.com

*Attorneys for Defendant*
*Otis Elevator Company*

## UNITED STATES DISTRICT COURT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YANNETH NUNEZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>OTIS WORLDWIDE CORPORATION, d/b/a OTIS ELEVATOR COMPANY, a foreign corporation; DOES I-X, inclusive; ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-1025 |

**STIPULATION FOR PLAINTIFF YANNETH NUNEZ
FOR RULE 35 EXAMINATION**

The Parties, by and through counsel of record, hereby stipulate to the following Rule 35 Examination.

1.      YANNETH NUNEZ ("Plaintiff") will appear for a Rule 35 Exam with Roger Fontes,

Jr., M.D.("Doctor") on **January 21, 2026 at 8:00 a.m.** at Desert Orthopaedic Center, 2800 E. Desert Inn Road, Las Vegas, Nevada 89121.

2. The examination may be attended by an observer chosen by Plaintiff.

3. The examination may be audio recorded.

4. No additional radiographic tests are to be conducted, including but not limited to x-rays, CT's and/or MRI's.

5. All paperwork required to be completed will be forwarded to Plaintiff's counsel's office no later than one (1) week prior to the examination and no paperwork will be filled out at the time of the examination.

6. Examiner will not ask any liability questions (won't ask how incident happened, other than which body parts are affected).

7. No questions regarding prior medical history that do not relate to body parts injured in the incident pursuant to *Schlatter*.

8. No comments or criticism of prior treatment will be offered by examiner.

9. Plaintiff will not be required to wait more than 30 minutes for the examination to commence.

10. Any "no show" fees ad conditions imposed by the examiner shall be reciprocal.

11. A copy of the Examiner's report must be provided to Plaintiff's counsel upon request.

DATED this 16th day of January, 2026.

ED BERNSTEIN INJURY LAWYERS

*/s/ Brian E. Lunt*
Brian E. Lunt, Esq.
Nevada Bar No. 11189
10801 W. Charleston Blvd., Suite 520
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

DATED this 16th day of January, 2026.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

*/s/ Rebecca L. Mastrangelo*
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 5417
Sean N. Payne, Esq.
Nevada Bar No. 13216
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this 16th of January, 2026.

UNITED STATES MAGISTRATE JUDGE