REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
SEAN N. PAYNE, ESQ.
Nevada Bar No. 13216
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com

SU-LYN COMBS, ESQ.
Nevada Bar No. 17058
TUCKER ELLIS, LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071
Phone (213) 430-3400
Fax (213) 430-3409
su-lyn.combs@tuckerellis.com

*Attorneys for Defendant*
*OTIS ELEVATOR COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YANNETH NUNEZ, individually, | Case No. 2:25-cv-01025-CDS-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER** |
| v. | |
| OTIS WORLDWIDE CORPORATION, d/b/a OTIS ELEVATOR COMPANY, a foreign corporation; DOES I-X, inclusive; ROE CORPORATIONS XI-XX, inclusive. | **(FOURTH REQUEST)** |
| Defendants. | |

Plaintiff YANNETH NUNEZ, by and through her attorneys of record, the law firm ED BERNSTEIN INJURY LAWYERS, and Defendant Otis Elevator Company by and through its counsel of record, the law firms ROGERS, MASTRANGELO, CARVALHO, AND MITCHELL and TUCKER ELLIS, LLP, and hereby request the discovery deadlines in the previously filed Stipulation and Order To Extend Discovery Plan and Scheduling Order dated November 24, 2025 [ECF 18] be extended ninety (90) days, pursuant to FRCP 29 and LR 26.4, as follows:

**I.   DISCOVERY COMPLETED TO DATE**

- The parties have conducted a FRCP 26(f) conference;
- The parties have served their respective FRCP 26(a) disclosures;
- Plaintiff has responded to Defendant's Requests for Production and one set of Interrogatories;
- Plaintiff provided authorizations and Defendant is collecting medical records;
- Defendant served a Subpoena Duces Tecum on The Cosmopolitan of Las Vegas and obtained documents and video surveillance;
- Defendant has responded to Plaintiff's Interrogatories, Request for Production and Requests for Admission;
- Plaintiff's Deposition was taken on January 21, 2026;
- Plaintiff's Rule 35 Examination was completed on January 21, 2026;

**II.   DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY**

The parties agree, pursuant to Local Rule 6-1, that good cause exists for the requested extension of discovery deadlines. Plaintiff Yanneth Nunez alleges injuries and related damages arising from an alleged stuck elevator and drop on April 16, 2023, at The Cosmopolitan of Las Vegas. Despite the parties' diligent efforts to complete discovery within the current schedule, additional time is required to complete the following outstanding discovery:

- Plaintiff's deposition and Rule 35 examination were completed on January 21, 2026. Following the deposition, Plaintiff identified additional treating providers, including Concentra and Pueblo Medical Imaging. Defendant has provided the necessary authorizations to obtain these records. The imaging relates to Plaintiff's surgical treatment and is necessary for a complete and informed expert review by both parties' medical experts.
- The parties are in the process of coordinating and scheduling an inspection of the subject elevator with The Cosmopolitan, which is anticipated to occur in February 2026.
- Defendant will depose fact witness Manuel Grimon Perez on February 26, 2026. Mr. Perez was present at the time of the incident and allegedly opened the elevator doors and assisted Plaintiff

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER

from the elevator. His testimony is necessary for the opinions of both parties' liability (elevator) experts.

An extension of the discovery deadlines is therefore necessary to allow the parties to complete this discovery and to permit expert review and analysis based on the information obtained.  The requested extension is narrowly tailored and not sought for purposes of delay.

### III.    PROPOSED PLAN FOR COMPLETING DISCOVERY

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Expert Disclosure | **February 17, 2026** | **May 18, 2026** |
| Rebuttal Expert Disclosures | **March 17, 2026** | **June 15, 2026** |
| Discovery Cut-Off Date | **April 10, 2026** | **July 9, 2026** |
| Dispositive Motions | **May 13, 2026** | **August 11, 2025** |
| Joint Pre-Trial Order, if No Dispositive Motions | **June 12, 2026** | **September 10, 2026** |

### IV.    THE CURRENT TRIAL DATE

This matter has not been scheduled for trial.

### V.    NUMBER OF REQUESTS FOR EXTENSION

This is the fourth request to extend discovery deadlines. The parties filed a Joint Discovery Plan and Scheduling Order on July 24, 2025. [ECF 11]. On September 23, 2025, the parties were ordered to file a Stipulated Discovery Plan and Scheduling Order [ECF 12], which included extended deadlines proposed in the parties Stipulation for Extension of Time. [ECF 11]. The order granting the parties Amended Stipulated Discovery Plan and Scheduling Order, including extended deadlines, was entered on September 24, 2025 [ECF 15].  The order granting the parties Stipulation and Order to Extend Discovery Plan and Scheduling Order (Second Request) [ECF 18] was entered on November 24, 2025.  The parties filed a Stipulation and Order to Extend Discovery Plan and Scheduling Order (Third Request) on December 18, 2025 [ECF 19], which was denied without prejudice on December 18, 2025 [ECF 20].

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER

DATED:  February 10, 2026                    TUCKER ELLIS LLP

                                             By:      /s/   Su-Lyn Combs
                                                  Su-Lyn Combs
                                                  Nevada Bar No. 17058
                                                  TUCKER ELLIS, LLP
                                                  515 South Flower Street
                                                  Forty-Second Floor
                                                  Los Angeles, California 90071

                                                  Attorneys for Defendant
                                                  OTIS ELEVATOR COMPANY

                                             ED BERNSTEIN INJURY LAWYERS

                                             By: /s/ Brian Lunt
                                                  Brian E. Lunt, Esq.
                                                  Nevada Bar No. 11189
                                                  10801 W. Charleston Blvd., Suite 520
                                                  Las Vegas, Nevada 89135


The parties fail to comply with Local Rule LR IA 6-2.  While this failure is excused on this occasion, future compliance will be required.  Further, the extensions requested herein are GRANTED; provided, however, further extensions of discovery and other deadlines will not be approved by the Court absent extraordinary unforeseen circumstances.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 10, 2026

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER